## GERMAIN *v.* MASON.

**ERROR TO THE SUPREME COURT OF THE TERRITORY OF MONTANA.**

No. 290. Argued April 5, 1872. — Decided April 22, 1872.

Writs of error from this court must bear the test of the Chief Justice.

MOTION TO DISMISS. The case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

The writ of error in this case, as in the case of *Wells* v. *Mc-Gregor,* 13 Wall. 188, decided at this term, bears the test of the clerk of the Supreme Court of the Territory of Montana and not the test of the Chief Justice of this court.

*It must therefore be dismissed.*

*Mr. A. M. Woodfolk, Mr. F. A. Dick* and *Mr. George G. Wright* for plaintiffs in error.

*Mr. J. Hubley Ashton* and *Mr. Nathaniel Wilson* for defendant in error.